```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. <u>SABASTION ALEXANDER GARDNER</u>
                                    CASE NO. <u>3:06-cr-00027-02-RRB</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>          JOHN D. ROBERTS                     </u>

DEPUTY CLERK/RECORDER: <u>          ROBIN M. CARTER                    </u>

UNITED STATES' ATTORNEY: <u>        LARRY CARD                         </u>

DEFENDANT'S ATTORNEY: <u>           M.J. HADEN, FRIEND OF THE COURT    </u>

U.S.P.O.: <u>                       BARBARA BURTON                     </u>

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/4/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:54 p.m. court convened.

<u>X</u> Copy of Indictment given to defendant; waived reading.

<u>X</u> Defendant sworn.

<u>X</u> Defendant advised of general rights. <u>X</u> Waived full advisement.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant stated true name: <u>   Same as above      </u> Age: <u> 20   </u>

<u>X</u> Financial Affidavit **FILED.**
   <u>X</u> Federal Public Defender to appoint CJA counsel; FPD notified.

<u>X</u> PLEAS: Not guilty to counts<u> 1-2 of the Indictment.            </u>

<u>X</u> Defendant detained/Detention Hearing set for **April 11, 2006 at 10:00 a.m.** Order of Temporary Detention **FILED**.

<u>X</u> Pretrial motions due **April 19, 2006; meet and confer 4/7/06**; Order For the Progression of a Criminal Case **FILED**.

<u>X</u> Counsel advised no trial date has been set.

At 4:04 p.m. court adjourned.


DATE: <u>April 4, 2006           </u> DEPUTY CLERK'S INITIALS: <u>   rc      </u>