AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ District of _Alaska_____

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
|---|---|
| V. | PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| Sabastion Alexander Gardner | |
| | Case Number: 3:06-cr-00027-02-RRB |
| _Defendant_ | |

Upon motion of the _____ _Defendant_ _____, it is ORDERED that a detention hearing is set for ____4/11/06____ * at ____10:00am____
                                                                               _Date_                                                _Time_

before _____ **JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE** _____
                                             _Name of Judicial Officer_

**ANCHORAGE, ALASKA**
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
                                               _Other Custodial Official_

REDACTED SIGNATURE

Date: ____April 4, 2006____                               JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.