Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SABASTION A. GARDNER, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-cr-00027-02-RRB |

**ENTRY OF APPEARANCE**

COMES NOW JOHN C. PHARR and hereby enters his appearance of record for defendant SABASTION A. GARDNER.

All further notices, filings, and other documents required to be served upon or otherwise furnished to defendant in this matter shall be delivered to the undersigned at:

> LAW OFFICES OF JOHN C. PHARR
> 733 W. 4th Avenue, Suite 308
> Anchorage, Alaska  99501
> 
> Telephone:  907/272-2525
> Facsimile:  907/277-9859

*United States of America v. Sabastion A. Gardner*
*Case No. 3:06-cr-00027-02-RRB*                                                      Page 1 of 2

DATED at Anchorage, Alaska, this 6th day of April 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorneys for Defendant
Sabastion A. Gardner
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
April 6, 2006, a copy
of the foregoing was served
electronically:

Larry Card
Assist. U.S. Attorney
Larry.card@usdoj.gov

s/John C. Pharr

*ENTRY OF APPEARANCE*
*United States of America v. Sabastion A. Gardner*
*Case No. 3:06-cr-00027-02-RRB*                                    Page 2 of 2