DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
AK Bar No. 8011068
Email: larry.card@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE and<br>SABASTION ALEXANDER<br>GARDNER,<br><br>　　　　　　Defendants. | No. 3:06-cr-00027-RRB-JDR<br><br>COUNT 1:<br>CONSPIRACY IN RELATION TO<br>METHAMPHETAMINE, ITS<br>SALTS, ISOMERS, AND SALTS OF<br>ITS ISOMERS TRAFFICKING<br>　Vio. 21 U.S.C. §§ 846 and 841(a)(1)<br>& (b)(1)(B)<br><br>COUNT 2:<br>POSSESSION OF<br>METHAMPHETAMINE WITH<br>INTENT TO DISTRIBUTE<br>　Vio. 21 U.S.C. §§ 841(a)(1) &<br>841(b)(1)(B)<br><br>COUNT 3:<br>UNLAWFUL POSSESSION OF A<br>STOLEN FIREARM<br>　Vio. 18 U.S.C.§§ 922(j) and<br>924(a)(2) |

)  COUNT 4:
)  THEFT FROM A FEDERALLY
)  LICENSED FIREARM DEALER
)      Vio. 18 U.S.C. §§ 922(u) and
)  924(a)(2)
)

# FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1: CONSPIRACY

1.  Beginning at a time unknown to the Grand Jury, but at least on or about October 30, 2005, and continuing to at least on or about November 7, 2005, both dates being approximate and inclusive, within the District of Alaska, the defendants, RUSSELL DEAN CRONCE and SABASTION ALEXANDER GARDNER, did unlawfully and knowingly combine, conspire, confederate and agree with each other to commit violations of Title 21 of the United States Code, to wit:

2.  To distribute and to possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salt of its isomers in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B);

3.  To manufacture, to distribute, and to possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of

methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21 United States Code Sections 841(a)(1) and 841(b)(1)(B).

I.  **Acts in Furtherance of the Conspiracy**

    a.    In furtherance of the criminal conspiracy and to effect the objects thereof, in the District of Alaska on or about the dates set forth, the defendants committed and caused to be committed overt acts in furtherance of the conspiracy, including, but not limited to, the following:

    b.    Beginning at some time exact time unknown after October 30, 2005, the defendants obtained numerous boxes of bookmatches, 2 gas generators, miscellaneous glass jars, balloons, containers of Red Devil Lye, tin foil balls and rolls, rock salt, red stained coffee filters, Muriatic Acid, rubber tubing, Coleman fuel, 2 bottles marked Hydrogen Peroxide, boxes of "cold medicine," 2 cans marked Acetone, cotton balls, work gloves with burned fingers, rubbing alcohol, a bottle marked Povidone Iodine solution 10%, 8 empty bottles marked, "Heet," striker plates(removed from matches), and approximately 10 empty bottles marked "Tincture of Iodine," all to be used in the manufacture of methamphetamine in the District of Alaska.

    c.    All of which is in violation of Title 21, United States Code, Sections 846 and 841 (a)(1) and(b)(1)(B).

## COUNT 2: POSSESSION WITH INTENT TO DISTRIBUTE

On or about November 7, 2005, in the District of Alaska, the defendants, either as a principal or as an aider and abettor and as a coconspirator, as alleged in Count 1 of this charging instrument, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, all of which is in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(B), and 18 United States Code, Section 2.

## COUNT 3: UNLAWFUL POSSESSION OF A STOLEN FIREARM

On or about October 30, 2005, in Kenai, Alaska, within the District of Alaska, the defendants, RUSSELL DEAN CRONCE and SABASTION ALEXANDER GARDNER, knowingly possessed the following stolen firearms, which had been shipped in interstate or foreign commerce, before or after being stolen, knowing and having reasonable cause to believe that the firearms were stolen:

1. Walther, Model P-22, Ser. No. N 047197
2. Colt, Model 1911, .45 Caliber; stainless steel: Ser. No. CV 21326
3. Colt, Model 1911, .45 Caliber, stainless steel: Ser. No. CV21274
4. Steyr, M-9, 9MM Semi-Auto, Black: Ser. No. 027546
5. Steyr, M-9, 9MM Semi-Auto, Black: Ser. No. 027800
6. EAA Witness, .45 Caliber ACP, Semi-Auto, Black: Ser. No. EA 26111

4

    7.    Glock, Model 17, 9MM Semi-Auto: Ser. No. DYZ349

    8.    Strum Ruger, P-89, 9MM Semi-Auto: Ser. No.313-96954

All of which is in violation of Title 18, United States Code, Sections 922(j) and 924 (a)(2).

### COUNT 4: THEFT FROM A FEDERALLY LICENSED FIREARMS DEALER

On or about October 30, 2005, in Kenai, Alaska, within the District of Alaska, the defendants, RUSSELL DEAN CRONCE and SABASTION ALEXANDER GARDNER, stole and unlawfully took or carried firearms away from the premises of a person who was licensed to engage in the business of importing, manufacturing, or dealing in firearms, any firearm in the licensee's business inventory that had been shipped in interstate or foreign commerce, including but not limited to the following firearms:

    1.    Walther, Model P-22, Ser. No. N 047197

    2.    Colt, Model 1911, .45 Caliber; stainless steel: Ser. No. CV 21326

    3.    Colt, Model 1911, .45 Caliber, stainless steel: Ser. No. CV21274

    4.    Steyr, M-9, 9MM Semi-Auto, Black: Ser. No. 027546

    5.    Steyr, M-9, 9MM Semi-Auto, Black: Ser. No. 027800

//

    6.    EAA Witness, .45 Caliber ACP, Semi-Auto, Black: Ser. No. EA 26111

    7.    Glock, Model 17, 9MM Semi-Auto: Ser. No. DYZ349

    8.    Strum Ruger, P-89, 9MM Semi-Auto: Ser. No.313-96954

All of which is in violation of Title 18, United States Code, Sections 922(u) and 924 (a)(2).

A TRUE BILL.

                                              s/ Grand Jury Foreperson
                                              GRAND JURY FOREPERSON

s/ Lawrence D. Card
LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov

DATED: _____4/18/06_____