```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>SABASTION ALEXANDER GARDNER</u>
                                                    CASE NO. <u>3:06-cr-00027-02-RRB</u>

Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>        JOHN D. ROBERTS                 </u>

DEPUTY CLERK/RECORDER: <u>        ROBIN M. CARTER                 </u>

UNITED STATES' ATTORNEY: <u>        LARRY CARD                     </u>

DEFENDANT'S ATTORNEY: <u>        LANCE WELLS FOR JOHN PHARR      </u>

U.S.P.O.: <u>                  PAULA MCCORMICK                 </u>

PROCEEDINGS: ARRAIGNMENT ON FIRST SUPERSEDING INDICTMENT
            HELD 4/24/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:33 a.m. court convened.

<u>X</u> Copy of First Superseding Indictment given to defendant;
   reading waived.

<u>X</u> Defendant advised of general rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> PLEAS: Not guilty to counts<u> 1-4 of the First Superseding    </u>
   <u>Indictment.</u>

<u>X</u> Pretrial motions due **May 9, 2006** <u>as to Cts 1&2 only</u>; Order for
   the Progression of a Criminal Case **FILED**.

<u>X</u> OTHER:<u> Detention continued as previously set.  Court advised   </u>
<u>counsel of trial date previously set of June 5, 2006.      </u>

At 11:38 a.m. court adjourned.

DATE:<u> April 24, 2006        </u> DEPUTY CLERK'S INITIALS:<u> rc     </u>