UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>   USA   </u>   v.   <u>  CRONCE and GARDNER  </u>

DATE:   <u>  May 1, 2006  </u>     CASE NO.   <u>  3:06-CR-0027-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

      A hearing on Defendant Cronce's Unopposed Motion to Continue Trial (Docket 46) will be held on **Monday, May 15, 2006, at 10:00 a.m.**, in Courtroom 2, in Anchorage, Alaska.

M.O. SCHEDULING HEARING