AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

SABASTION ALEXANDER GARDNER

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-cr-00027-02 RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Sabastion Alexander Gardner and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XXX] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
18:922(j), 924(a)(2) - Unlawful Possession of a Stolen Firearm - Count 1
18:922(u), 924(a)(2) - Theft From a Federally Licensed Firearm Dealer - Count 2

Ida Romack
Name of Issuing Officer

by _[signature]_ Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

March 23, 2006 at Anchorage, AK
Date and Location

by John D. Roberts

---

**RETURN UNEXECUTED**

This warrant was received and executed with the arrest of the above-named defendant at: _____

WHCAP ISSUED

| DATE RECEIVED 24 MAR 2006 | NAME AND TITLE OF ARRESTING OFFICER STACY MELTON 3DUSM-USMS | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF RETURN 29 MAR 2006 | | |

Received U.S. Marshals Service Alaska 2006 MAR 24 PM 2:59

Received MAY 03 2006 Clerk U.S. District Court

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Sabastion Alexander Gardner

ALIAS: _____

LAST KNOWN RESIDENCE

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: 5'7     WEIGHT: 140 lbs

SEX: Male     RACE: White

HAIR: Brown     EYES: Green

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER

COMPLETE DESCRIPTION OF AUTO: N/A

INVESTIGATIVE AGENCY AND ADDRESS: ___
9