UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  CRONCE and GARDNER  </u>

DATE:  <u>  May 3, 2006  </u>    CASE NO.  <u>  3:06-CR-0027-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
RESCHEDULING TIME FOR HEARING**

---

Due to a scheduling conflict, the **time** for the hearing on the motion to continue trial, set for **Monday, May 15, 2006**, is **changed** from 10:00 a.m. to **8:30 a.m.**, in Courtroom 2, in Anchorage, Alaska.

M.O. RESCHEDULING TIME FOR HEARING