UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   CRONCE and GARDNER  

DATE:   June 19, 2006   CASE NO.   3:06-CR-0027-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING NOTICE**

---

      Due to a judicial scheduling conflict, the final pretrial conference set for July 14, 2006, is **RESCHEDULED** and will be held on **Thursday, July 13, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING