DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No.  3:06-CR-027-RRB |
|                                      ) | |
| Plaintiff,            ) | |
|                                      ) | |
| vs.                                  ) | <u>NOTICE OF ATTORNEY</u> |
|                                      ) | <u>APPEARANCE</u> |
| RUSSELL DEAN CRONCE and              ) | |
| SABASTION ALEXANDER                  ) | |
| GARDNER,                             ) | |
|                                      ) | |
| Defendants.            | |

COMES NOW the United States by and through counsel and hereby gives notice that Special Assistant United States Attorney David A. Nesbett now appears as counsel for the for United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

DAVID A. NESBETT
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Lawrence D. Card now that the undersigned is appearing as counsel.

RESPECTFULLY SUBMITTED this 29th day of June, 2006 at Anchorage, Alaska

DEBORAH M. SMITH
Acting United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

Certificate of Service
I declare hereby certify that on June 29, 2006
a copy of the foregoing was served electronically
 on Michael Dieni, Assistant Federal Defender, and
John Pharr, Esq.

  s/David A. Nesbett
Assistant U.S. Attorney