Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SABASTION A. GARDNER, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cr-00027-02-RRB |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW DEFENDANT SABASTION A. GARDNER by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR, and hereby gives his notice to the court of his intent to change his plea.

DATED at Anchorage, Alaska, this 11th day of July 2006.

LAW OFFICES OF JOHN C. PHARR
Attorneys for Sabastion A. Gardner

s/ John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 907-277-9859
E-mail: pharr@gci.net
Bar # 8211140 AK

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
July 11th, 2006, a copy of
the foregoing was served
electronically upon:

David A. Nesbett
Asst. U.S. Attorney
david.nesbett@usdoj.gov

Michael D. Dieni
Asst. Defender
Mike_Dieni@fd.org