UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

__USA__  v.  __SABASTION A. GARDNER__

DATE:  __July 11, 2006__   CASE NO.  __3:06-CR-0027-RRB__

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

Defendant has filed a Notice of Intent to Change Plea at Docket 72. A change of plea hearing will be held on **Monday, July 17, 2006, at 2:00 p.m.**, in Courtroom 2 in Anchorage, Alaska. The final pretrial conference scheduled for July 13 and the jury trial for July 17, 2006, are **vacated**.

M.O. SCHEDULING HEARING