UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   GARDNER

DATE:   October 2, 2006          CASE NO.   3:06-CR-0027-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING TIME FOR SENTENCING**

---

Due to an ongoing civil trial, the **time** for the sentencing in this matter on **October 4, 2006,** is **changed** from 9:00 a.m. to **8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.