UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  GARDNER

DATE:   October 3, 2006           CASE NO.   3:06-CR-0027-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**ADVANCING TIME FOR SENTENCING**

---

The **time** for the sentencing in this matter on Wednesday, **October 4, 2006**, is **advanced** from 8:30 a.m. to **8:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. ADVANCING TIME FOR SENTENCING