MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  SABASTION ALEXANDER GARDNER

CASE NO.  3:06-CR-00027-02-RRB

Defendant: X Present  X In Custody

BEFORE THE HONORABLE:  RALPH R. BEISLINE

DEPUTY CLERK/RECORDER:  CAROLINE EDMISTON

UNITED STATES' ATTORNEY:  DAVID NESBETT

DEFENDANT'S ATTORNEY:  JOHN PHARR

U.S.P.O.:  BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 10/04/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:20 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing
guidelines.

 X Imprisonment for a period of 27 months on each of Counts 1, 2,
3, & 4, which terms to run concurrently with each other.

 X Defendant placed on supervised release for a period of 3 years
on each of Counts 1, 2, 3, & 4, which terms to run concurrently
with each other, under the usual terms and conditions with
special conditions of supervised release as stated in the
judgment.

 X Special Assessment $ 400.00 , due immediately.

 X Restitution $ 4,206.28 , to be paid to the following: $802.16
to C-Plaza; $3,403.12 to John Brinegar/Trapper John's Gunstore.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court and counsel heard re presentence report and
sentence recommendations. Payment Coupon given to the defendant.
Court advised the defendant of appeal rights.

At 8:45 a.m. court adjourned.

DATE:  October 4, 2006  DEPUTY CLERK'S INITIALS:  Ce