NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. 3:06-CR-0027-RRB |
| ) | |
| Plaintiff,      ) | |
| ) | **SUBSTITUTION OF COUNSEL** |
| vs.      ) | |
| ) | |
| RUSSELL DEAN CRONCE,      ) | |
| SEBASTION ALEXANDER      ) | |
| GARDNER,      ) | |
| ) | |
| Defendant.      ) | |

COMES NOW the United States Attorney's Office, by and through

Bryan Schroder, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.  The government requests that

the Court no longer serve pleadings in the above-captioned case on SAUSA David

Nesbett now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following address:

Bryan Schroder
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usdoj.gov

RESPECTFULLY SUBMITTED on February 6, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Bryan.Schroder@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on February 6, 2007
a copy of the foregoing was served
on Michael D. Dieni and John C. Pharr by electronic notice

   s/ Bryan Schroder

**U.S. v. RUSSELL DEAN CRONCE, ET AL.**
3:06-CR-0027-RRB                                                      2