MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. SABASTION ALEXANDER GARDNER
CASE NO. 3:06-CR-00027-02-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:    MARY E. GUSS

DEPUTY CLERK/RECORDER:    APRIL KARPER

UNITED STATES' ATTORNEY:    STEVE SKROCKI FOR BRYAN SCHRODER

DEFENDANT'S ATTORNEY:    JOHN PHARR - APPOINTED

U.S.P.O.:    CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 117) HELD APRIL 8, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:39 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant: waived reading.

_X_ Financial Affidavit **FILED**.
_X_ Federal Public Defender to appoint CJA counsel; FPD notified.

_X_ Defendant **DENIED** allegations 1-6 of the Petition to Revoke Supervised Release.

_X_ Consent to Proceed before U.S. Magistrate Judge **FILED**.

_X_ Evidentiary hearing set for **April 22, 2008 at 9:30 a.m.** before U.S. Magistrate Judge John D. Roberts.

_X_ Detention uncontested; defendant detained.

_X_ Order of Detention Pending Trial **FILED**.

At 1:49 p.m. court adjourned.


DATE:    April 8, 2008    DEPUTY CLERK'S INITIALS:   AMK


Revised 6-18-07