AO 442   (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA


RECEIVED
APR 0 7 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

Sabastion A. Gardner

**WARRANT FOR ARREST**

Case Number:  3:06-CR-0027-02-RRB

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Sabastion A. Gardner _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court
☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☒ Supervised Release Violation    ☐ Violation Notice

USMS-D/ALASKA-WARRANTS
FID# 1139879
WARRANT # 0806-0327-0411-D
Entered NCIC 03/27/2008  W194083507
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

charging him or her with   (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

Ralph R. Beistline                          Redacted Signature
Name of Issuing Officer                     Signature of Issuing Officer   3/21/08

U.S. District Court Judge                   Anchorage
Title of Issuing Officer                    Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

KENAI, ALASKA

| DATE RECEIVED 03/27/2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/07/2008 | DAVID LONG, SDUSM | BY D____ L____ CRIMINAL PROGRAM SUPPORT, USMS |