NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
Email: bryan.schroder@usdoj.gov

Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00027-RRB |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE SENTENCING** |
| vs. | ) | **ON SHORTENED TIME** |
| | ) | |
| SABASTION GARDNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      COMES NOW Plaintiff, the United States of America, and moves the Court on shortened time to reset the Tuesday, April 22, 2008, evidentiary hearing on the petition to revoke supervised release in the above caption case.  Government Counsel has discussed resolution of the case with Defense Counsel, who requested

additional time to consult with the Probation and Pretrial Services Officer. The Government believes it would be the most efficient use of the Court's time to continue the evidentiary heating one week to allow the parties to work towards an agreed upon resolution.

Counsel for the defense concurs with this request for a continuance.

WHEREFORE plaintiff respectfully requests that the evidentiary hearing be reset at a time later than April 28, 2008 that would be convenient for the Court.

RESPECTFULLY SUBMITTED this 21st day of April, 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
Email: bryan.schroder@usdoj.gov
Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on April   21  , 2008,
that a true and correct copy of the foregoing
was served, via Electronic Filing, on:

**John Pharr**

s/Bryan Schroder