IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00027-RRB |
| ) | |
| Plaintiff, ) | [Proposed] |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SABASTION GARDNER, ) | |
| ) | |
| Defendant. ) | |

    IT IS SO ORDERED.  Plaintiff's Motion to Continue Sentencing On Shortened Time is Granted/Denied.  Sentencing Hearing is rescheduled for _____, 2008, at _____a.m./p.m.

Dated:_____   _____
                                                                         JOHN D. ROBERTS
                                                                 United States Magistrate Judge