MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. SABASTION ALEXANDER GARDNER
CASE NO. 3:06-CR-00027-02-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:          BRYAN SCHRODER

DEFENDANT'S ATTORNEY:          LANCE WELLS FOR JOHN PHARR

PROCEEDINGS: STATUS CONFERENCE (EVIDENTIARY HEARING ON PETITION
             TO REVOKE SUPERVISED RELEASE (DKT 117) HELD MAY 8,
             2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:05 p.m. court convened.

Court and counsel heard re defendant's Oral Motion to Reset
Hearing; **GRANTED.**

Evidentiary hearing on Petition to Revoke Supervised Release
(DKT 117) set for **May 13, 2008 at 11:00 a.m.**

Defendant's detention continued.

At 3:09 p.m. court adjourned.

DATE:   May 8, 2008          DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07