MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. SABASTION ALEXANDER GARDNER
CASE NO. 3:06-CR-00027-02-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:     JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:    APRIL KARPER

UNITED STATES' ATTORNEY:  BRYAN SCHRODER

DEFENDANT'S ATTORNEY:     JOHN PHARR

U.S.P.O.:                 CHRIS LIEDIKE

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 117) HELD MAY 13, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:07 a.m. court convened.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Defendant **ADMITTED** allegations 1, 3, and 4 of the Petition to
   Revoke Supervised Release, plaintiff to dismiss allegations 2,
   5, and 6 at the Disposition Hearing.

 X Matter was referred to U.S. District Judge for:
   X Final Disposition Hearing. Parties requested a hearing be
     set within the first 2 weeks of **June, 2008;** defendant
     unavailable **June 2, 2008 and June 3, 2008.**

 X Defendant's detention continued.

At 11:18 a.m. court adjourned.

DATE:     May 13, 2008       DEPUTY CLERK'S INITIALS:   AMK

Revised 6-18-07