```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. SABASTION ALEXANDER GARDNER
CASE NO.   3:06-CR-00027-02-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:        BRYAN SCHRODER

DEFENDANT'S ATTORNEY:           JOHN C. PHARR

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: FINAL DISPOSITION ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 117) HEARING HELD JUNE 5, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

 X Defendant **ADMITTED** allegations 1, 3 and 4 of the Petition to Revoke Supervised Release (DKT 117).

 X Supervised Release revoked.

 X Defendant imprisoned for a period of 5 months on allegations 1, 3 and 4 the Petition to Revoke Supervised Release (DKT 117).

 X Defendant to serve term of supervised release for a period of 24 months under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Defendant remanded to the custody of the U.S. Marshal.

At 9:25 a.m. court adjourned.

Off Record: Allegations 2, 5 and 6 of the Petition to Revoke Supervised Release (DKT 117); **DISMISSED.**


DATE:   June 6, 2008         DEPUTY CLERK'S INITIALS: SAL

Revised 6-18-07