# UNITED STATES DISTRICT COURT
## District of Alaska

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 12 2008
ANCHORAGE, AK

UNITED STATES OF AMERICA,

vs.

SABASTION ALEXANDER GARDNER

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 10/04/2006 )
Case Number: 3:06-CR-00027-02-RRB
         JOHN C. PHARR
         Defendant's Attorney

Defendant's probation officer filed a petition on 03/27/2008 accusing defendant of  6  violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 1, 3 and 4 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Controlled substance | 01/12/2008 | C |
| 3 | Mandatory | Controlled substance | 03/15/2008 | C |
| 4 | Mandatory | Controlled substance | 03/22/2008 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 5, 2008
Date of Disposition Hearing

SIGNATURE REDACTED
Signature of Judicial Officer
Ralph R. Beistline, U.S. District Judge
Name & Title of Judicial Officer

June 11, 2008
Date

AO245.REV

Defendant: Sabastion Alexander Gardner       Amended Judgment--Page 2 of 2
Case No.: 3:06-CR-00027-02-RRB

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>5 months</u>.

[_]  The court makes the following recommendations to the Bureau of Prisons:


[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this district,
                        a.m.
    [_] at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                             United States Marshal

                              By _____
                                            Deputy Marshal

Defendant: Sabastion Alexander Garnder  Amended Judgment--Page 3 of 3
Case No.: 3:06-CR-00027-02-RRB

**PROBATION/SUPERVISED RELEASE (MODIFIED)**

Defendant's supervised release is modified as follows: Upon release of imprisonment defendant to be placed in a Community Half Way House located in Anchorage, Alaska for a period of 3 months.

The term of supervision is extended as follows: 24 months.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV